BERNARD LYNCH, Appellant, *v.* ROBERT P. MURPHY HOTEL COMPANY et al., Defendants, and NEW YORK TAXICAB COMPANY, Respondent.

*Lynch* v. *Murphy Hotel Co.*, 136 App. Div. 940, affirmed.
(Submitted April 5, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1910, affirming a judgment in favor of defendant respondent entered upon a dismissal of the complaint as to it by the court on trial at Special Term in an action for an injunction to restrain interference with plaintiff's alleged right to maintain a

cab stand in front of certain premises in the city of New York.

*James Kearney* for appellant.

*William F. Goldbeck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.